**Howard MANSER, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE,\* Commissioner of Social Security, Defendant–Appellee.**

**No. 05–35997.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 10, 2007.\*\*

Filed Aug. 23, 2007.

Paul B. Eaglin, Esq., Eaglin Law Office, Fairbanks, AK, for Plaintiff–Appellant.

Before: WALLACE, NOONAN, and PAEZ, Circuit Judges.

MEMORANDUM \*\*\*

Howard Manser ("Manser") appeals the district court's dismissal of his action in the nature of a writ of mandamus. Manser argues that he is seeking to represent a class of individuals who were subjected to defective agency hearings in which the agency terminated benefits based on a five-step sequential evaluation analysis for an initial disability benefit determination as set forth in 20 CFR § 404.1520, rather than the required eight-step sequential evaluation analysis for terminating entitlement. We have jurisdiction under 28 U.S.C. § 1291 and now affirm.

"Mandamus is an extraordinary remedy only available to compel a federal official to perform a duty if: (1) the individual's claim is clear and certain; (2) the official's duty is nondiscretionary, ministerial, and so plainly prescribed as to be free from doubt, and (3) no other adequate remedy is available." *Patel v. Reno,* 134 F.3d 929, 931 (9th Cir.1998). We conclude that Manser has failed to establish circumstances warranting such extraordinary relief; he has not identified any systemic errors, and the facts of his case reflect an individual error already remedied. *See Kildare v. Saenz,* 325 F.3d 1078, 1085 (9th Cir.2003).

AFFIRMED.

---

\* Michael J. Astrue is substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.